No. 358, Misc. BAYLESS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cummings, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 359, Misc. McCUTCHEON ET AL. *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Bernard A. Golding* for petitioners.

No. 361, Misc. BURTON ET AL. *v.* WATERS, WARDEN. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 368, Misc. GOODMAN ET AL. *v.* McMILLAN, TRUSTEE, ET AL. Supreme Court of Alabama. Certiorari denied.

No. 369, Misc. OLSEN *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 372, Misc. SEVERA *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 373, Misc. SKINNER *v.* MUNIE, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 374, Misc. O'BRIEN *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 375, Misc. WILLIAMS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 378, Misc. MINER *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.